UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-20073-CIV-ALTONAGA/Goodman

**SHEHAN WIJESINHA**,

 Plaintiff,
v.

**BLUEGREEN VACATIONS
UNLIMITED, INC.**,

 Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court on Defendant's Motion to Lift Stay and Dismiss First Amended Complaint [ECF No. 84] ("Defendant's Motion") and Plaintiff's Motion for Leave to File Second Amended Complaint [ECF No. 85] ("Plaintiff's Motion"). On July 15, 2019, the Court entered an Order [ECF No. 81] administratively closing and staying this case pending the Federal Communications Commission's decision regarding the interpretation of an automatic telephone dialing system and the Eleventh Circuit's decision in *Glasser v. Hilton Grand Vacations Co., LLC*, No.18-14499 (*appeal filed* Oct. 24, 2018). (*See id*. 5–6). As noted in Plaintiff's Motion, "[t]o date, neither the FCC nor the Eleventh Circuit has entered any decision, and thus the reasons for the Court's order staying this action remain unchanged." (Plaintiff's Mot. 3 (alteration added)).

On August 28, 2019, the Eleventh Circuit issued an opinion in *Salcedo v. Hanna*, No. 17-14077, 2019 WL 4050424 (11th Cir. Aug. 28, 2019), addressing Article III standing in a Telephone Consumer Protection Act lawsuit. Based on the ruling in *Salcedo*, Defendant requests the Court "lift its stay to dismiss this case for lack of Article III jurisdiction." (Defendant's Mot. 5). Plaintiff disagrees with Defendant's interpretation of *Salcedo*, but "considers it prudent to include

CASE NO. 19-20073-CIV-ALTONAGA/Goodman

allegations that remedy the perceived deficiencies raised by Defendant" and "requests leave to file the Second Amended Complaint (which, if granted, would render the Motion to Dismiss moot)." (Plaintiff's Mot. 6).

After a careful review of the Motions, the Court finds it is in the interest of judicial economy and economy of the parties for this case to remain stayed pending the FCC and Eleventh Circuit decisions cited in the July 15, 2019 Order. If the Court were to lift the stay, allow the amendment, and deny Defendant's Motion to Dismiss, it would return the case to the exact posture it is currently in — stayed pending the FCC and Eleventh Circuit decisions. As these decisions may preempt the potentially unnecessary use of the parties' and judicial resources, it continues to be "the prudent course" for this case to remain stayed pending further guidance. (July 15, 2019 Order). Accordingly, it is

**ORDERED AND ADJUDGED** that Defendant's Motion to Lift Stay and Dismiss First Amended Complaint **[ECF No. 84]** and Plaintiff's Motion for Leave to File Second Amended Complaint **[ECF No. 85]** are **DENIED without prejudice**.

**DONE AND ORDERED** in Miami, Florida, this 12th day of September, 2019.

_____
**CECILIA M. ALTONAGA
UNITED STATES DISTRICT JUDGE**

cc: counsel of record

2