UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:19-cv-20073-ALTONAGA

SHEHAN WIJESINHA, individually and
on behalf of all others similarly situated,

    Plaintiff,

v.

BLUEGREEN VACATIONS UNLIMITED, INC.,
    Defendant.
_____/

**DEFENDANT BLUEGREEN VACATIONS UNLIMITED, INC.'S
NOTICE OF SUPPLEMENTAL AUTHORITY ON STANDING**

On July 11, 2019, this Court denied Plaintiff's motion to Exclude the Expert Witness Testimony of Jan Kostyun in deciding Plaintiff's Motion for Class Certification in the case brought under the Telephone Consumer Protection Act. DE 80. Among other things, this Court recognized that Kostyun opined: "all the calls at issue were placed with a TCN Manually Approved Calling System, equipment that does not have the capacity to produce telephone numbers to be called, using a random or sequential number generator, to store such numbers, or to dial such numbers." DE 80 at 2.

On July 15, 2019, this Court issued a stay here, ruling that if Defendant were right that it did not use an autodialer, "Plaintiff would lack standing, his individual claim would be subject to dismissal, and no class would be certified." DE 81 at 5. In addition to the Eleventh Circuit and FCC Orders compelling that conclusion entered since the stay went into effect, *see* DE 93 (citing *Glasser v. Hilton Grand Vacations Co., LLC*, 948 F. 3d 1301 (11th Cir. 2020) and *In re P2P*

*Alliance Petition for Clarification*, GC Docket No. 02-278)), the United States Supreme Court has now so ruled.

Today, the United States Supreme Court in *Facebook, Inc. v. Duguid*, Case No. 19-511, 2021 WL 1215717 (Apr. 1, 2021), ruled that "Congress' definition of an autodialer requires that in all cases, whether storing or producing numbers to be called, the equipment in question must use a random or sequential number generator," and excludes equipment "which does not use such technology." *Id.* at *5.

Date:  April 1, 2021

Respectfully submitted,

By: */s/ Grace L. Mead*
GRACE L. MEAD
Florida Bar No. 49896
gmead@stearnsweaver.com
ANDREA N. NATHAN
Florida Bar No. 16816
anathan@stearnsweaver.com
VERONICA L. DE ZAYAS
Florida Bar No. 91284
vdezayas@stearnsweaver.com
STEARNS WEAVER MILLER WEISSLER
  ALHADEFF & SITTERSON, P.A.
Museum Tower, Suite 2200
150 West Flagler Street
Miami, Florida  33130
Telephone: 305-789-3200
Facsimile:  305-789-3395

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of April, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Grace L. Mead*
Grace L. Mead

## **SERVICE LIST**

Brian W. Toth, Esq.
Email: btoth@gsgpa.com
Freddy Funes, Esq.
Email: ffunes@gsgpa.com
**GELBER SCHACHTER & GREENBERG, P.A.**
1221 Brickell Avenue, Suite 2010
Miami, Florida 33131
Telephone: 305.728.0950
E-service:  efilings@gsgpa.com


Ignacio J. Hiraldo Esq.
Email:  ijhiraldo@ijhlaw.com
**IJH Law**
1200 Brickell Avenue, Suite 1950
Miami, FL  33131
Telephone:  786.496.4469


Manuel S. Hiraldo, Esq.
Email:  mhiraldo@hiraldolaw.com
**HIRALDO P.A.**
401 E. Las Olas Boulevard, Suite 1400
Ft. Lauderdale, FL  33301
Telephone:  954.400.4713


Michael Eisenband, Esq.
Email:  MEisenband@Eisenbandlaw.com
**EISENBAND LAW, P.A.**
515 E. Las Olas Boulevard, Suite 120
Ft. Lauderdale, FL  33301
Telephone:  954.533.4092


*Counsel for Plaintiffs*