**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:19-cv-20073-ALTONAGA**

SHEHAN WIJESINHA, individually and
on behalf of all others similarly situated,

      Plaintiff,

v.

BLUEGREEN VACATIONS UNLIMITED
INC.,

      Defendant.

_____/

**JOINT STATUS REPORT**

      Plaintiff Shehan Wijesinha and Defendant Bluegreen Vacations Unlimited, Inc.
("Bluegreen"), pursuant to this Court's July 15, 2019 Order Administratively Closing Case (the
"Order"), [ECF No. 81], hereby submit the following status update:

      1.   By the Order, the Court stayed this case "pending the FCC's decision regarding the
interpretation of an ATDS and the Eleventh Circuit's decision in *Glasser v. Hilton Grand
Vacations Co., LLC*, No.18-14499 (*appeal filed* Oct. 24, 2018)," and directed the parties "to file a
status report within one week of the FCC decision and [to] also provide the Court with status
updates regarding the appeal every 60 days beginning September 13, 2019." Order 5–6.

      2.   There have been no updates to report since the last status report was filed on May 17,
2022 [ECF No. 119].

Date:  July 12, 2022

**HIRALDO P.A.**

By: /s/ Manuel S. Hiraldo

Manuel S. Hiraldo
Florida Bar No. 030380
401 E. Las Olas Boulevard
Suite 1400
Ft. Lauderdale, Florida 33301
Email: mhiraldo@hiraldolaw.com
Telephone: 954.400.4713

**IJH Law**
Ignacio J. Hiraldo
Florida Bar No. 0056031
1200 Brickell Ave Suite 1950
Miami, FL 33131
Email: ijhiraldo@ijhlaw.com
Telephone: 786.496.4469

**EISENBAND LAW, P.A.**
Michael Eisenband
Florida Bar No. 94235
515 E. Las Olas Boulevard, Suite 120
Ft. Lauderdale, Florida 33301
Email: MEisenband@Eisenbandlaw.com
Telephone: 954.533.4092

*Counsel for Plaintiff*

Respectfully submitted,

**STEARNS WEAVER MILLER WEISSLER
ALHADEFF & SITTERSON, P.A.**

By: /s/ Grace L. Mead
Grace L. Mead
Florida Bar No. 49896
Email: gmead@stearnsweaver.com
Andrea N. Nathan
Florida Bar No. 16816
Email: anathan@stearnsweaver.com
Veronica L. De Zayas
Florida Bar No. 91184
Email: vdezayas@stearnsweaver.com
Museum Tower, Suite 2200
150 West Flagler Street
Miami, Florida  33130
Telephone: 305.789.3200
Facsimile:  305.789.3395

*Attorneys for Bluegreen*