UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-20073-CIV-ALTONAGA/Goodman

**SHEHAN WIJESINHA**,

    Plaintiff,

v.

**BLUEGREEN VACATIONS UNLIMITED, INC.**,

    Defendant.

_____/

**ORDER**

    **THIS CAUSE** came before the Court *sua sponte*. On July 15, 2019, the Court entered an Order Administratively Closing Case [ECF No. 81], requiring the parties to submit status reports every 60 days. (*See id.* 6). The latest report was due by June 30, 2025. On July 1, 2025, the Court entered an Order [ECF No. 141] noting the parties had not submitted the report and directing them to file it by July 3, 2025. The Court cautioned that failure to comply would result in dismissal. (*See id.* 1). To date, the parties have not filed the report or sought an extension of time to do so.

    Accordingly, it is

    **ORDERED** that the case is **DISMISSED** without prejudice.

    **DONE AND ORDERED** in Miami, Florida, this 7th day of July, 2025.

_____
CECILIA M. ALTONAGA
CHIEF UNITED STATES DISTRICT JUDGE

cc:    counsel of record